UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARLA LARIBEE and
KEVIN LARIBEE,

    Plaintiffs,                    CASE NO.: 3:21-CV-1108-HES-PDB

v.

GYPSUM EXPRESS LTD.,
ROLLISON TUCKER HIGGS,
FCA US LLC d/b/a CHRYSLER
GROUP LLC, and
STELLANTIS N.V. f/k/a FIAT
CHRYSLER AUTOMOBILES N.V.
d/b/a FCA US LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(a), the Plaintiffs, Carla and Kevin Laribee, by and through undersigned counsel, hereby notify the Court that Plaintiffs and FCA US, LLC and Stellantis N.V. have reached an amicable settlement of Plaintiffs' claims against FCA US, LLC and Stellantis N.V. in the above styled matter.

Respectfully submitted this 5th day of December 2022.

                                        **Cook, Leverett & Underwood, LLP**

                                        /s/Robert R. Underwood, II_____
                                        **ROBERT R. UNDERWOOD, II, ESQ.**
                                        Florida Bar No.: 0684971
                                        **EDWARD S. COOK, ESQ.**
                                        Admitted PHV
                                        **LINDSEY A. RODGERS, ESQ.**
                                        Admitted PHV

4600 Touchton Road East
Suite 1150
Jacksonville, Florida 32246
Telephone: (404) 841-8485
Facsimile: (904) 214-0099
runderwood@cookpclaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on December 5, 2022 we caused the **Notice of Settlement**, to be presented to the Clerk of Court for filing and uploading to the CM/ECF system. We further certify that we caused the foregoing document to be delivered via CM/ECF to the following attorneys of record:

| | |
|---|---|
| John Viggiani, Esquire<br>Mark Myers, Esquire<br>Conroy Simberg<br>4190 Belfort Road<br>Suite 222<br>Jacksonville, FL 32216 | Douglas Marcello, Esquire,<br>Saxton & Stump<br>4250 Crums Mill Rd., Suite 201<br>Harrisburg, PA 17112 |
| Robert Fulton, Esquire<br>Nicole Walsh, Esquire<br>Hill, Ward, Henderson, PA.<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, FL 33601 | Amy Larson, Esquire<br>William E. McDonald, III, Esquire<br>Lane Morrison, Esquire<br>Bush Seyferth, PLLC<br>100 W. Big Beaver Rd., Suite 400<br>Troy, MI 48084 |

**Cook, Leverett & Underwood, LLP**

/s/Robert R. Underwood, II_____
**ROBERT R. UNDERWOOD, II, ESQ.**
Florida Bar No.: 0684971
**EDWARD S. COOK, ESQ.**
Admitted PHV
**LINDSEY A. RODGERS, ESQ.**
Admitted PHV