UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CARLA LARIBEE and**
**KEVIN LARIBEE,**

    **Plaintiffs,**                             **CASE NO.: 3:21-cv-1108-HES-PDB**

**v.**

**GYPSUM EXPRESS LTD.,**
**ROLLISON TUCKER HIGGS,**
**et al.,**

    **Defendants.**
_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(a), Plaintiffs, Carla and Kevin Laribee, by and through undersigned counsel, hereby notify the Court that Plaintiffs and Defendants, Gypsum Express, Ltd., and Rollison Tucker Higgs, have reached an amicable settlement of Plaintiffs' claims against Defendants, Gypsum Express, Ltd., and Rollison Tucker Higgs in the above styled matter. This settlement agreement resolves all of Plaintiffs' remaining claims in this matter.

Respectfully submitted this 11th day of August, 2023.

**Cook, Leverett & Underwood, LLP**

/s/Robert R. Underwood, II
**ROBERT R. UNDERWOOD, II, ESQ.**
Florida Bar No.: 0684971
**EDWARD S. COOK, ESQ.**
Admitted PHV
**LINDSEY A. RODGERS, ESQ.**
Admitted PHV
970 Peachtree Industrial Boulevard
Suite 202
Suwanee, Georgia 30024
Telephone: (404) 841-8485
runderwood@cookpclaw.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on August 11, 2023 we caused the **Notice of Settlement**, to be presented to the Clerk of Court for filing and uploading to the CM/ECF system. We further certify that we caused the foregoing document to be delivered via CM/ECF to the following attorneys of record:

| | |
|---|---|
| John Viggiani, Esquire<br>Mark Myers, Esquire<br>Conroy Simberg<br>4190 Belfort Road<br>Suite 222<br>Jacksonville, FL 32216 | Douglas Marcello, Esquire,<br>Marcello & Kivisto, LLC<br>1200 Walnut Bottom Rd., Suite 331<br>Carlisle, PA 17015 |

**Cook, Leverett & Underwood, LLP**

/s/Robert R. Underwood, II
**ROBERT R. UNDERWOOD, II, ESQ.**