UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CARLA LARIBEE and**
**KEVIN LARIBEE,**

      **Plaintiffs,**

v.

**GYPSUM EXPRESS LTD.,**
**ROLLISON TUCKER HIGGS,**
**FCA US LLC d/b/a CHRYSLER**
**GROUP LLC, and STELLANTIS**
**N.V. f/k/a FIAT CHRYSLER**
**AUTOMOTIVES N.V. d/b/a FCA**
**US LLC,**
      **Defendants.**
_____/

CASE NO. 3:21-cv-1108-HES-PDB

## O R D E R

**THIS CAUSE** is before the Court on the "Notice of Settlement" (Dkt. 116) that indicates the parties have settled the above-referenced action. Therefore, pursuant to Rule 3.09(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this court, within sixty (60) days, for the purpose of entering a dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to terminate all pending motions and **CLOSE**

this file.

**DONE AND ORDERED** at Jacksonville, Florida, this ___16th___ day of August, 2023.

                                                                  _____
                                                                  HARVEY E. SCHLESINGER
                                                                  UNITED STATES DISTRICT JUDGE

Copies to:
Robert R. Underwood, II, Esq.
Edward S Cook, Esq.
Lindsey Rodgers, Esq.
John Viggiani, Esq.
Douglas B. Marcello, Esq.
Mark A. Myers, Esq.